**STATE OF LOUISIANA**          *          NO. 2024-KA-0737

**VERSUS**                      *          **COURT OF APPEAL**

**HOWARD E. BLUE**              *          **FOURTH CIRCUIT**

                                *          **STATE OF LOUISIANA**

                                *

                                *
                    * * * * * * *


SCJ     **JENKINS, J., CONCURS IN RESULT ONLY**